**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-2053**

BENJAMIN TATE,

             Plaintiff – Appellant,

        v.

NC PEPSI-COLA BOTTLING COMPANY OF CHARLOTTE, INCORPORATED,

             Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Max O. Cogburn, Jr., District Judge.  (3:09-cv-00036-MOC-DSC)

Submitted:  May 8, 2012              Decided:  May 11, 2012

Before KING, GREGORY, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lena Watts-Robinson, LAW OFFICE OF LEAN WATTS-ROBINSON, P.A., Charlotte, North Carolina, for Appellant. Randall D. Avram, Michael T. Rosenberg, KILPATRICK TOWNSEND & STOCKTON, LLP, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benjamin Tate appeals the district court's order granting summary judgment for the Appellee on Tate's claims of disability and race discrimination and intentional infliction of emotional distress. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Tate v. NC Pepsi-Cola Bottling Co.</u>, No. 3:09-cv-00036-MOC-DSC (W.D.N.C. Aug. 29, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>